# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICK BECK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| -vs- | ) Case No. CIV-24-296-F |
| | ) |
| FJ BOWERS, et al., | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On June 11, 2024, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation (doc. no. 11), recommending petitioner Patrick Beck's Application for Leave to Proceed In Forma Pauperis (doc. no. 6) and Application to Proceed in the District Court Without Prepaying Fees or Costs (doc. no. 8) be denied and that petitioner be ordered to prepay the full $5.00 filing fee for this action to proceed. Magistrate Judge Erwin also recommended that this action be dismissed without prejudice to re-filing unless petitioner pays the $5.00 filing fee in full to the clerk of the court within 20 days of any order adopting the Report and Recommendation.

Magistrate Judge Erwin advised petitioner of his right to file an objection to the Report and Recommendation by June 28, 2024.

To date, the court has received neither an objection to the Report and Recommendation nor a motion for extension of time to file one. With no timely objection being filed by petitioner, the court adopts the Report and Recommendation.

Accordingly, the Report and Recommendation (doc. no. 11) issued by United States Magistrate Judge Shon T. Erwin on June 11, 2024 is **ADOPTED**. Petitioner's Application for Leave to Proceed In Forma Pauperis (doc. no. 6) and Application to Proceed in the District Court Without Prepaying Fees or Costs (doc. no. 8) are **DENIED**.

Petitioner is **ORDERED** to prepay the full $5.00 filing fee for this action within 20 days from the date of this order. Failure to comply shall result in the dismissal of this action without prejudice to re-filing.

DATED this 15th day of July, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0296p002.docx